ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DAVID T. GLUTH, II, ESQ.
Nevada Bar No. 10596
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct: (702) 577-9301
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
dgluth@grsm.com
*Attorneys for Freud America, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEX BLINCOE, an individual resident of Washoe County, State of Nevada;<br><br>Plaintiff,<br><br>vs.<br><br>FREUD AMERICA, INC., a North Carolina Corporation; ROE ENTITIES 1 – 10; and DOES 1 – 10;<br><br>Defendants. | Case No.: 3:18-cv-00200-HDM-WGC<br><br>**ORDER GRANTING STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff Alex Blincoe ("Plaintiff"), by and through his attorneys of record, Patrick Millsap, Esq. of Wallace & Millsap, LLC, and Defendant Freud America, Inc., by and through its attorneys of record, Robert S. Larsen, Esq. and David T. Gluth, Esq. of Gordon Rees Scully Mansukhani, hereby stipulate that all of Plaintiff's claims against Freud America, Inc. have fully resolved and that all of Plaintiff's claims against Freud America, Inc. matter be dismissed with prejudice.

///

///

///

///

///

-1-

Each party agrees to bear its own fees and costs.

DATED: December 4th, 2018.

WALLACE & MILLSAP, LLC

_____
F. McClure Wallace, Esq.
Nevada Bar No. 10264
Patrick R. Millsap, Esq.
Nevada Bar No. 12043
510 W. Plumb Lane, Suite A
Reno, NV 89509

*Attorneys for Plaintiff*

DATED: December 5th, 2018.

GORDON & REES LLP

_____
Robert S. Larsen, Esq.
Nevada Bar No. 7785
David T. Gluth, II, Esq.
Nevada Bar No. 10596
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Defendant*

## ORDER

Based on the foregoing stipulation, and good cause appearing,

**IT IS ORDERED** that the above-captioned matter be dismissed with prejudice, each party to bear its own fees and costs.

_____
UNITED STATES DISTRICT JUDGE

Dated: **December 6, 2018**

Case No.: 3:18-cv-00200-HDM-WGC

-2-